UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RICHARD RAAD, DDS,

      Plaintiff,

                                   Case Number 15-11078

v.                                   Honorable Terrence G. Berg

                                   Honorable Michael J. Hluchaniuk

STANDARD INSURANCE COMPANY,

      Defendant.

_____/

## ORDER OF DISMISSAL

    A settlement conference was held before Magistrate Judge Elizabeth Stafford on **June 30, 2016.** Magistrate Judge Stafford has reported that the case was settled and the terms of the settlement placed on the record. Therefore, the case will be dismissed.

    Accordingly, it is **ORDERED** that the case is **DISMISSED WITH PREJUDICE AND WITHOUT COSTS.** Either party may apply to reopen this matter on or before **September 9, 2016** to enforce the terms of the settlement.

                                                            s/Terrence G. Berg
                                                            TERRENCE G. BERG
                                                            United States District Judge

Dated: July 6, 2016

## **PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on July 6, 2016.

s/A. Chubb
CASE MANAGER and DEPUTY CLERK
